**No. 10-1042. Tammy Foret Freeman, et vir, Petitioners v. Quicken Loans, Inc.**

565 U.S. 941, 132 S. Ct. 397, 181 L. Ed. 2d 254, 2011 U.S. LEXIS 7384.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.

Same case below, 626 F.3d 799.